UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ) Chapter 7
   Murphy, Alicia Rose )
                          ) Case No. 18-00338
                Debtor. )
)

## Stipulation as to Exemptions

Whereas it is stipulated between the Debtor, Alicia Rose Murphy, and the Trustee, William G Schwab, that the exemption that she claimed in the above-captioned matter shall be changed as follows:

1. That the debtor claimed $17,813.22 in exemption in her home at Yetten Circle, Tamaqua, PA.
2. That as result of the suggested sale price the trustee would have no money to pay for commission or for other items and would not sell the property.
3. The debtor has agreed that she will take one quarter of the net proceeds from said sale as her exemption, which in any event will not be less than $4,500.
4. The Trustee will be responsible for paying one half of real estate commission from his one quarter of the sale price.
5. Remaining costs shall be borne equally by the estate and the co-owner.

Dated: 6-26-19     _Alicia Rose Murphy_
                              Alice-Rose Murphy

Dated: 6-27-19     _William G. Schwab_, Trustee