## UNITED STATES BANKRUPTCY COURT
## FOR MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| Murphy, Alicia Rose | ) | |
| | ) | Case No. 18-00338 |
| Debtor. | ) | |
| | ) | |

### ORDER APRROVING STIPULATION

AND NOW, to wit, the Stipulation entered between the William G. Schwab, Trustee and the Debtor Alicia Rose Murphy, dealing with her exemptions is hereby approved.