In re:                                                          Case No. 18-00338-RNO
Alicia Rose Murphy                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor       Page 1 of 2          Date Rcvd: Aug 22, 2019
                             Form ID: ntasset       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db            #+Alicia Rose Murphy,    234 Yetten Circle,    Tamaqua, PA 18252-1240
aty           +William G. Schwab & Associates,   811 Blakeslee Blvd, Drive East,   PO Box 56,
                Lehighton, PA 18235-0056
5016541        Amex/DSNB,    PO Box 8218,   Mason, OH 45040-8218
5016545       +Honeysuckle Realty,    Bloomsburg, PA 17815
5016548       +Timothy J. Murphy,    234 Yetten Circle,    Tamaqua, PA 18252-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: wschwab@iq7technology.com Aug 22 2019 19:21:52     William G Schwab (Trustee),
                William G Schwab and Associates,   811 Blakeslee Blvd Drive East,    PO Box 56,
                Lehighton, PA 18235-0056
5016542        EDI: BANKAMER.COM Aug 22 2019 23:18:00     Bank of America,   PO Box 982238,
                El Paso, TX 79998
5016543        EDI: WFNNB.COM Aug 22 2019 23:18:00     Comenity Capital/Boscovs,   PO box 182120,
                Columbus, OH 43218-2120
5237290        EDI: FORD.COM Aug 22 2019 23:18:00     Ford Motor Credit Company LLC,   Dept. 55953,
                PO Box 55000,   Detroit, MI 48255-0953
5016544        EDI: FORD.COM Aug 22 2019 23:18:00     Ford Motor Credit Co.,   PO Box 542000,
                Omaha, NE 68154-8000
5016546        E-mail/Text: camanagement@mtb.com Aug 22 2019 19:21:26     M&T Bank,   PO Box 900,
                Millsboro, DE 19966-0900
5018068       +EDI: PRA.COM Aug 22 2019 23:18:00     PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
5016547        EDI: RMSC.COM Aug 22 2019 23:18:00     SYNCB/Old Navy,   PO Box 965036,
                Orlando, FL 32896-5036
                                                                            TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
intp*         +Timothy J Murphy,   234 Yetten Circle,   Tamaqua, PA 18252-1240
                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
          Charles  Laputka    on behalf of Debtor 1 Alicia Rose Murphy claputka@laputkalaw.com,
           milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com
          D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
           D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
          Howard  Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          James  Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
          Joseph R. Baranko, Jr.   on behalf of Interested Party Timothy J Murphy josephb@slusserlawfirm.com
          Joseph R. Baranko, Jr.   on behalf of Plaintiff Timothy J Murphy josephb@slusserlawfirm.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William G Schwab   on behalf of Realtor   Tammy Sword Realty, LLC ECF@uslawcenter.com,
           schwab@uslawcenter.com
          William G Schwab   on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
           schwab@uslawcenter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        William G Schwab (Trustee)    schwab@uslawcenter.com,
        wschwab@iq7technology.com;ecf@uslawcenter.com

                                                TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alicia Rose Murphy, <br> aka Alicia Murphy, aka Alicia R Murphy, | Chapter      7 |
| **Debtor 1** | Case No.      5:18–bk–00338–RNO |

Social Security No.:

                xxx–xx–3914

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:   **November 21, 2019**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC)
found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRatchford, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 22, 2019 |

ntasset(B204)(05/18)