# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| | | |
|---|---|---|
| In re: Alicia Rose Murphy | § | Case No. 5:18-bk-00338-HWE |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/30/2018. The undersigned trustee was appointed on 01/30/2018.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of      $      30,025.06

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10,759.49 |
| Bank service fees | 179.76 |
| Other payments to creditors | 7,988.86 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 11,096.95 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    [1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/21/2019 and the deadline for filing governmental claims was 11/21/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,657.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,387.00, for a total compensation of $5,387.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $48.98, for total expenses of $48.98.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/17/2021        By: /s/ William G. Schwab

                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-00338 HWE
**Case Name:** Alicia Rose Murphy

**Period Ending:** 05/17/21

**Trustee:** William G. Schwab
**Filed (f) or Converted (c):** 01/30/18 (f)
**§341(a) Meeting Date:** 02/27/18
**Claims Bar Date:** 11/21/19

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 234 Yetten Circle, Tamaqua, PA 18252 | 149,000.00 | 0.00 | | 30,025.06 | FA |
| 2 | 2017 Ford Focus | 9,800.00 | 0.00 | | 0.00 | FA |
| 3 | 2005 Chevrolet Cavalier | 1,565.00 | 0.00 | | 0.00 | FA |
| 4 | Misc household goods & furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | 40' LCD TV & laptop | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Longaberger Baskets | 650.00 | 0.00 | | 0.00 | FA |
| 7 | Royal Dalton Statue | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Women's Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. Costume Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | dog & hamster | 35.00 | 0.00 | | 0.00 | FA |
| 11 | Misc household tools | 250.00 | 0.00 | | 0.00 | FA |
| 12 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Checking M&T Bank - acct # 5411 | 1,416.00 | 0.00 | | 0.00 | FA |
| 14 | Savings M&T Bank | 96.00 | 0.00 | | 0.00 | FA |
| 15 | U.S. Savings Bond - Series I | 56.28 | 0.00 | | 0.00 | FA |
| 16 | U.S. Savings Bond - Series EE | 26.10 | 0.00 | | 0.00 | FA |
| 17 | Retirment Account  PSERS | 109,318.73 | 0.00 | | 0.00 | FA |
| 18 | 401(b) Primarica | 23,003.85 | 0.00 | | 0.00 | FA |
| 19 | PA Treasury  529 College Savings Program - Hannah | 267.40 | 267.40 | | 0.00 | FA |
| 20 | Tax Refunds - Potential 2017 | 4,872.00 | 0.00 | | 0.00 | FA |
| 21 | Primerica Education Savings Account - Molly | 300.00 | 0.00 | | 0.00 | FA |

**Case Number:** 18-00338 HWE
**Case Name:** Alicia Rose Murphy

**Period Ending:** 05/17/21

**Trustee:** William G. Schwab
**Filed (f) or Converted (c):** 01/30/18 (f)
**§341(a) Meeting Date:** 02/27/18
**Claims Bar Date:** 11/21/19

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Primerica Education Savings Account - Hannah | 300.00 | 0.00 | | 0.00 | FA |
| 23 | PA Treasury College Savings - Devin | 100.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$307,206.36** | **$267.40** | | **$30,025.06** | **$0.00** |

**Major activities affecting case closing:**
Sent to UST
08-21-19-Claims Bar Bar Set- Objections Due By 11-21-19
06-24-19-Quarterly Review of Status of Case for Outstanding Issues
quarterly review 6/19/18

**Initial Projected Date of Final Report (TFR):** July 28, 2020     **Current Projected Date of Final Report (TFR):** July 28, 2020

| May 19, 2021 | /s/ William G. Schwab |
|---|---|
| Date | William G. Schwab |

# Form 2
# Cash Receipts and Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 18-00338 HWE | | | **Trustee:** | William G. Schwab | |
| **Case Name:** | Alicia Rose Murphy | | | **Bank Name:** | Texas Capital Bank | |
| | | | | **Account:** | ******2084 - Checking Account | |
| **Taxpayer ID#:** | **-***6252 | | | **Blanket Bond:** | $6,889,586.00 (per case limit) | |
| **Period Ending:** | 05/17/21 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/23/19 | | BOWE ODORIZZI LAW LLC | SALE OF REAL ESTATE PER COURT ORDER DATED 7-10-19 | | | 11,285.51 | | 11,285.51 |
| 08/23/19 | Asset #1 | | SALE OF REAL ESTATE PER COURT ORDER DATED 7-10-19 | 101,413.83 | 1110-000 | | | 11,285.51 |
| 08/23/19 | | | Current taxes | -3,430.69 | 2820-000 | | | 11,285.51 |
| 08/23/19 | | | Portnoff Associates Del Taxes | -4,686.85 | 4700-000 | | | 11,285.51 |
| 08/23/19 | | | Sch Cty Tax Claim | -3,302.01 | 4700-000 | | | 11,285.51 |
| 08/23/19 | | | Realtor's Commission | -7,320.00 | 3510-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Rec of Deeds Transfer Taxes | -1,220.00 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Misc Closing Costs | -80.00 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Las Sewer/Trash Bill | -590.74 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Last Water Bill | -133.27 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Payoff of Mortgage | -58,079.25 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Exemption of Debtor | -11,285.51 | 1110-000 | | | 11,285.51 |
| 01/02/20 | 51001 | INTERNATIONAL SURETIES, LTD. | Bond Premium | | 2300-000 | | 3.55 | 11,281.96 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 18-00338 HWE | | Trustee: | William G. Schwab |
| Case Name: | Alicia Rose Murphy | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******2084 - Checking Account |
| Taxpayer ID#: | **-***6252 | | Blanket Bond: | $6,889,586.00 (per case limit) |
| Period Ending: | 05/17/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/20 | | Signature Bank | Transfer to account ending 0708 | 9999-000 | | 11,281.96 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **11,285.51** | **11,285.51** | **$0.00** |
| Less: Bank Transfers | | 0.00 | 11,281.96 |
| **Subtotal** | | **11,285.51** | **3.55** |
| Less: Payment to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$11,285.51** | **$3.55** |

# Form 2
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-00338 HWE |
| **Case Name:** | Alicia Rose Murphy |
| **Taxpayer ID#:** | **-***6252 |
| **Period Ending:** | 05/17/21 |

| | |
|---|---|
| **Trustee:** | William G. Schwab |
| **Bank Name:** | Signature Bank |
| **Account:** | ******0708 - Checking Account |
| **Blanket Bond:** | $6,889,586.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/20 | | Texas Capital Bank | Transfer from account ending 2084 | 9999-000 | 11,281.96 | | 11,281.96 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 15.63 | 11,266.33 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.61 | 11,247.72 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.58 | 11,229.14 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.95 | 11,211.19 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.92 | 11,193.27 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.49 | 11,174.78 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.46 | 11,156.32 |
| 01/05/21 | 60001 | INTERNATIONAL SURETIES, LTD. | Blanket bond #016026361<br>Period 1/1/2021 to 1/1/2022 | 2300-000 | | 5.25 | 11,151.07 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.28 | 11,133.79 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 16.65 | 11,117.14 |

| Case Number: | 18-00338 HWE | Trustee: | William G. Schwab |
|---|---|---|---|
| Case Name: | Alicia Rose Murphy | Bank Name: | Signature Bank |
| | | Account: | ******0708 - Checking Account |
| Taxpayer ID#: | **-***6252 | Blanket Bond: | $6,889,586.00 (per case limit) |
| Period Ending: | 05/17/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 20.19 | 11,096.95 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **11,281.96** | **185.01** | **$11,096.95** |
| Less: Bank Transfers | | 11,281.96 | 0.00 | |
| **Subtotal** | | **0.00** | **185.01** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$185.01** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0708** | 0.00 | 185.01 | 11,096.95 |
| **Checking # ******2084** | 11,285.51 | 3.55 | 0.00 |
| | **$11,285.51** | **$188.56** | **$11,096.95** |

# Exhibit C
# Claims Register
## Case: 18-00338-HWE    Alicia Rose Murphy

Total Proposed Payment: $11,096.95                                           Claims Bar Date: 11/21/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | William G. Schwab, Esquire<br>PO Box 56 | Admin Ch. 7<br>03/29/21 | | $2,673.50<br>$2,673.50 | $0.00<br>$2,673.50 | $2,673.50 |
| | Lehighton, PA 18235 | | Attorney for Trustee Compensation | | | |
| | 3110-00   Attorney for Trustee Fees (Trustee Firm), 200 | | | | | |
| | William G. Schwab, Trustee<br>PO Box 56 | Admin Ch. 7<br>03/29/21 | | $7,657.17<br>$5,387.00 | $0.00<br>$5,387.00 | $5,387.00 |
| | Lehighton, PA 18235 | | Trustee Compensation | | | |
| | 2100-00   Trustee Compensation, 200 | | | | | |
| | William G. Schwab, Trustee<br>PO Box 56 | Admin Ch. 7<br>03/29/21 | | $48.98<br>$48.98 | $0.00<br>$48.98 | $48.98 |
| | Lehighton, PA 18235 | | Trustee Expenses | | | |
| | 2200-00   Trustee Expenses, 200 | | | | | |
| | William G. Schwab, Esquire<br>PO Box 56 | Admin Ch. 7<br>03/29/21 | | $10.79<br>$10.79 | $0.00<br>$10.79 | $10.79 |
| | Lehighton, PA 18235 | | Attorney for the Trustee Expenses | | | |
| | 3120-00   Attorney for Trustee Expenses (Trustee Firm), 200 | | | | | |
| 1 | Ford Motor Credit Company LLC<br>Dept. 55953<br>PO Box 55000 | Secured<br><br>08/21/19 | | $16,146.85<br><br>$16,146.85 | $0.00<br><br>$0.00 | $16,146.85 |
| | Detroit, MI 48255 | | Created Amount Claimed: $16146.85<br>Created Secured Claimed Amount: $16146.85<br><br>Created Filed By: Creditor<br>Created Date Filed: 08/21/2019 | | | |
| | 4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI), 610 | | | | | |
| 2 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788 | Unsecured<br><br>08/26/19 | | $731.72<br><br>$731.72 | $0.00<br><br>$254.18 | $731.72 |
| | Kirkland, WA 98083 | | Created Amount Claimed: $731.72<br><br>Created Filed By: Creditor<br>Created Date Filed: 08/26/2019  Created Description: Money Loaned | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 3 | M&T Bank<br>PO Box 1508 | Unsecured<br>11/12/19 | | $4,387.43<br>$4,387.43 | $0.00<br>$1,524.08 | $4,387.43 |
| | Buffalo, NY 14240 | | Created Amount Claimed: $4387.43<br><br>Created Filed By: Creditor<br>Created Date Filed: 11/12/2019  Created Remarks: Account Number (last 4 digits):0185 | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 4 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657 | Unsecured<br><br>11/19/19 | | $3,449.92<br><br>$3,449.92 | $0.00<br><br>$1,198.42 | $3,449.92 |
| | Kirkland, WA 98083 | | Created Amount Claimed: $3449.92<br><br>Created Filed By: Creditor<br>Created Date Filed: 11/19/2019  Created Description: Money Loaned | | | |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |

|  | Case Total: | $32,836.19 | $0.00 | $32,836.19 |
|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.:     18-00338-HWE

Case Name:   Alicia Rose Murphy

Trustee Name:   William G. Schwab

**Balance on hand:**   $    11,096.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC Dept. 55953 | 16,146.85 | 16,146.85 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $    0.00
Remaining balance:   $    11,096.95

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - William G. Schwab, Trustee | 5,387.00 | 0.00 | 5,387.00 |
| Trustee, Expenses - William G. Schwab, Trustee | 48.98 | 0.00 | 48.98 |
| Attorney for Trustee, Fees - William G. Schwab, Esquire | 2,673.50 | 0.00 | 2,673.50 |
| Attorney for Trustee, Expenses - William G. Schwab, Esquire | 10.79 | 0.00 | 10.79 |

Total to be paid for chapter 7 administration expenses:   $    8,120.27
Remaining balance:   $    2,976.68

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses:   $    0.00
Remaining balance:   $    2,976.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | | Total to be paid for priority claims: | $ | 0.00 |
|  | | Remaining balance: | $ | 2,976.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,569.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.737 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for Comenity Capital Bank | 731.72 | 0.00 | 254.18 |
| 3 | M&T Bank | 4,387.43 | 0.00 | 1,524.08 |
| 4 | Department Stores National Bank c/o Quantum3 Group LLC | 3,449.92 | 0.00 | 1,198.42 |

Total to be paid for timely general unsecured claims: $ 2,976.68

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | NONE | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-TFR (05/1/2011)**

| NONE |
| --- |

Total to be paid for subordinated claims: $_____0.00
Remaining balance: $_____0.00