UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: ALICIA ROSE MURPHY : Chapter 7
           Debtor. : Case No. 18-00338

## NARRATIVE

In this case, the Trustee sold property owned by the Debtor and her ex-husband.

In addition to the work that has already been itemized and is attached hereto, it is anticipated there will be additional work that is not included in the time records that are being submitted. We expect in the next three to four months, while the Final Report is pending before final distribution, that the bank account will have to be reconciled a minimum of four additional times. Billing at three-tenths of an hour of paralegal time, which includes the Trustee's review time, we expect that the total additional hours that will be spent on this project will amount to 1.2 hours of reconciliation.

Once the Court finalizes and approves the Final Report, the Order will have to be reviewed with a .1 time of Trustee time. We will then run a final distribution report which is reviewed by the paralegal and the trustee one last time for changes with paralegal times of .2 hour and attorney time at .1 hour. We then expect to prepare the checks in this case and photocopy the report to attach to the checks. We expect this will take an additional .5 paralegal time. Within the next sixty days we will be reviewing the bank statements monthly to make sure all of the checks are returned and again reconcile the account with paralegal time of three-tenths of an hour each time. For further information on the estimated time records needed to complete estate administration, please see the attached billing statement.

The case resulted in a distribution of 0.00% and will be pro-rated (if applicable) to unsecured creditors.

Alicia Murphy  March 10, 2021
   c/o Charles Laputka, Esquire
   1344 W. Hamilton Street
   Allentown, Pennsylvania 18102

Attention:                                                  File #:    18394-1
                                                       Inv #:    Sample

RE:    Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-28-18 | Legal Research -Schuylkill County Docket | 0.30 | 118.50 | WGS |
| | Telephone Conference with Attorney Laputka's Office (Re: Property Information and Divorce) | 0.20 | 79.00 | WGS |
| | Preparation of Faxcover Sheet to UST's Office (Re: Request Trustee Appointment) | 0.20 | 18.00 | AJ |
| | Electronic Correspondence to Attorney Schwab (Re: Provided Requested Information from 341 Meeting on 2-27-18) | 0.20 | 18.00 | DK |
| Mar-02-18 | Receipt and Review of Electronic Correspondence from Wendy with the UST's Office (Re: Trustee Appointment) | 0.10 | 9.00 | AJ |
| Jun-06-18 | Receipt and Review of Letter from Attorney Baranko (Re: Request for Default Judgement) | 0.20 | 18.00 | DK |
| Jun-08-18 | Quarterly File Review to Determine Status | 0.10 | 39.50 | WGS |
| Jun-25-18 | Staff Case Planning Conference with with Attorney Filer (Re: Review of Case and Any Open Pending Matters) | 0.20 | 18.00 | DK |
| Aug-01-18 | Receipt and Review of Letter from Attorney Baranko (Re: Request Answer on Intent of Trustee) | 0.10 | 9.00 | DK |
| | Staff Case Planning Conference with with Attorney Schwab (Re: Letter Received from Attorney Joseph Baranko) | 0.20 | 18.00 | DK |
| Aug-14-18 | Telephone Conference with Attorney Laputka's Office (Re: Case Status) | 0.20 | 18.00 | DK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
|  | Staff Case Planning Conference with with Attorney Schwab (Re: Status of Case) | 0.20 | 18.00 | DK |
|  | Telephone Conference with Jenn from Attorney Laputka's Office (Re: Status of Case) | 0.20 | 18.00 | DK |
| Oct-02-18 | Telephone Conference with Attorney Gellert (Re: Equitable Distribution) | 0.30 | 118.50 | WGS |
|  | Telephone Conference with Attorney David Gellert (Re: Status of Case) | 0.20 | 18.00 | DK |
| Oct-24-18 | Staff Case Planning Conference with with Attorney Schwab (Re: Status of File) | 0.20 | 18.00 | DK |
| Oct-30-18 | Staff Case Planning Conference with with Attorney Filer (Re: Follow Up on Case- Sale of House) | 0.30 | 27.00 | DK |
| Nov-13-18 | Staff Case Planning Conference With Attorney Schwab (Re:Review and Revisions to Listing Contract) | 0.20 | 18.00 | AJ |
|  | Staff Case Planning Conference With Attorney Schwab (Re: Retention Agreement to Sword Realty) | 0.10 | 9.00 | AJ |
| Nov-16-18 | Staff Case Planning Conference with with Attorney Filer (Re: Retention Agreement of Sword Realty, LLC) | 0.10 | 9.00 | AJ |
| Nov-30-18 | Electronic Correspondence From and To Tammy Sword, Realtor (Re: Approval on Application to Employ Tammy Sword Realty, LLC) | 0.20 | 18.00 | AJ |
| Dec-03-18 | Staff Case Planning Conference with Attorney Filer (Re: Revision to Realtor Retention) | 0.20 | 79.00 | WGS |
| Jan-09-19 | Electronic Correspondence From and To Realtor Sword (Re: Listing) | 0.30 | 118.50 | WGS |
|  | Electronic Correspondence From and To Tammy Sword, Realtor (Re: Status of Listing Property) | 0.20 | 18.00 | AJ |
| Jan-17-19 | Electronic Correspondence From and To Tammy Sword (Re: Listing and Disclosure Agreement Including Revisions) | 0.40 | 158.00 | WGS |
|  | Electronic Correspondence From Tammy | 0.20 | 18.00 | AJ |

| | | | | |
|---|---|---|---|---|
| | Sword, Realtor (Re: Listing Contract & Sellers Disclosure Statement) | | | |
| | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Real Estate Matters) | 0.20 | 18.00 | AJ |
| | Staff Case Planning Conference with with Attorney Schwab (Re: Listing Agreement Requires Addendum Added and Scan and E-Mail Back to Realtor Tammy Sword) | 0.20 | 18.00 | DK |
| | Preparation of Listing Agreement (Re: Add Addendum to Listing Agreement) | 0.20 | 18.00 | DK |
| | Electronic Correspondence to Tammy Sword (Re: Executed Listing Agreement with Changes) | 0.20 | 18.00 | DK |
| Mar-07-19 | Electronic Correspondence From Realtor, Tammy Sword (Re: Status Update on Property for Sale) | 0.20 | 18.00 | DK |
| Apr-09-19 | Electronic Correspondence From and To Tammy Swoard (Re: Reduction of Purchase Price) (3x) | 0.40 | 158.00 | WGS |
| Apr-10-19 | Staff Case Planning Conference with Attorney Filer (Re: Reduction of Purchase Price) | 0.20 | 79.00 | WGS |
| Apr-13-19 | Electronic Correspondence From and To Realtor Sword (Re: Change in Listing Agreement) | 0.30 | 118.50 | WGS |
| Apr-15-19 | Electronic Correspondence From Tammy Sword, Realtor (Re: New Price Adjustment Documents for Listing Agreement) | 0.20 | 18.00 | DK |
| Apr-17-19 | Electronic Correspondence to Tammy Sword, Realtor (Re: Executed Copy of Change to Listing Agreement) | 0.20 | 18.00 | DK |
| Jun-04-19 | Electronic Correspondence From and To Attorney Wambrodt (Re: Property) | 0.30 | 118.50 | WGS |
| Jun-05-19 | Electronic Correspondence From Tammy Sword (Re: Signed Agreement of Sale and Sellers Estimated Cost Sheets) | 0.20 | 18.00 | DK |
| Jun-06-19 | Electronic Correspondence From and To Realtor Sword (Re: Listing Agreement) | 0.40 | 158.00 | WGS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review of File (Re: On Agreement of Sale and Changes to Seller Estimated Cost Sheet) | 0.10 | 9.00 | DK |
| Jun-10-19 | Electronic Correspondence From Tammy Sword and To Attorney Laputka (Re: Agreement of Sale) | 0.30 | 118.50 | WGS |
| | Electronic Correspondence From and To Attorney Murphy (Re: Exemptions/Sales) | 0.70 | 276.50 | WGS |
| Jun-19-19 | Electronic Correspondence From Tammy Sword (Re: Receipt of Agreement of Sale ) | 0.20 | 18.00 | DK |
| Jun-24-19 | Execution of Agreement of Sale | 0.30 | 118.50 | WGS |
| Jul-02-19 | Electronic Correspondence to Tammy Sword, Realtor (Re: Request for a Status on Picking Up Agreement of Sale for Odorizzi) | 0.20 | 18.00 | DK |
| Jul-08-19 | Electronic Correspondence From Tammy Sword, Realtor (Re: Odorizza, Conditional Mortgage Loan Commitment) | 0.20 | 18.00 | DK |
| | Staff Case Planning Conference with with Attorney Schwab (Re: Conditional Mortgage Loan Commitment Received from Tammy Sword) | 0.20 | 18.00 | DK |
| Jul-10-19 | Review E-Mail from Attorney Odorizzi (Re: Questions on Providing HUD) | 0.20 | 18.00 | DK |
| Jul-12-19 | Telephone Conference with Attorney Odorizzi (Re: Sale of Property and Divorce) | 0.20 | 18.00 | JAS |
| | Electronic Correspondence to Attorney Schwab (Re: Issues with Sale of Property) | 0.20 | 18.00 | JAS |
| Jul-16-19 | Telephone Conference with Attorney Laputka's Office (Re: Mailing Address for Timothy Murphy) | 0.20 | 18.00 | AJ |
| | Correspondence to Timothy Murphy (Re: Execution of Authorization to Release Payoff Information to Bowe & Ordorizzi Law, LLC) | 0.20 | 18.00 | AJ |
| | Staff Case Planning Conference With Attorney Schwab (Re:Authorization to Release Payoff Information to Bowe & Ordorizzi Law, LLC) (2x) | 0.10 | 9.00 | AJ |
| | Electronic Correspondence From Tammy | 0.20 | 18.00 | DK |

| | | | | |
|---|---|---|---|---|
| | Sword, Realtor (Re: Status on Sales Transaction to Odorizzi) | | | |
| | Receipt and Review of Court Order (Re: Court Order Approving Stipulation on Exemptions) | 0.20 | 18.00 | DK |
| Jul-22-19 | Electronic Correspondence From Tammy Sword, Realtor (Re: Clean Out of Property for Buyers, Debtor and Ex-Husband Contacted) | 0.20 | 18.00 | DK |
| Jul-24-19 | Electronic Correspondence to Jennifer Borger with Laputka Law Office (Re: Signed Authorization to Release Information to Bowe & Ordorizzi Law, LLC) | 0.20 | 18.00 | AJ |
| Aug-05-19 | Staff Case Planning Conference With Attorney Schwab (Re:Preparation of Trustee Deed) | 0.10 | 9.00 | AJ |
| | Electronic Correspondence From Attorney Ordorizzi (Re: Deed Description) | 0.20 | 18.00 | AJ |
| | Preparation of Trustee Deed (Re: Sale of 234 Yetten Circle, Tamaqua) | 0.70 | 63.00 | AJ |
| | Electronic Correspondence to Attorney Ordorizzi (Re: Draft Trustee Deed for the Sale of 234 Yetten Circle for Review and Approval) | 0.20 | 18.00 | AJ |
| | Electronic Correspondence From Tammy Sword, Realtor (Re: Status on Closing- 234 West Elm Street Tamaqua, PA) | 0.20 | 18.00 | DK |
| | Electronic Correspondence From Tammy Sword, Realtor (Re: Trustee Deed) | 0.20 | 18.00 | DK |
| Aug-06-19 | Receipt and Review of Electronic Correspondences from Attorney Odorizzi (4x) (Re: Revisions to Draft Trustee Deed) | 0.30 | 27.00 | AJ |
| | Staff Case Planning Conference with Trustee Assistant, Dena Kistler (Re: Revisions to Draft Trustee Deed) | 0.10 | 9.00 | AJ |
| | Staff Case Planning Conference With Attorney Schwab (Re:Revisions to Draft Trustee Deed) (2x) | 0.10 | 9.00 | AJ |
| | Review and Revision of Trustee Deed (Re: Sale of Yetten Circle Property) | 0.40 | 36.00 | AJ |
| | Electronic Correspondence to Attorney Odorizzi (Re: Revised Trustee Deed) | 0.20 | 18.00 | AJ |

| | | | | |
|---|---|---|---|---|
| | Review of Various E-Mails from Attorney Odorrizzi (Re: Purchase of Home in Bankruptcy) | 0.20 | 18.00 | DK |
| | Electronic Correspondence From Attorney Odorizzi (Re: Additional Suggested Changes to Deed) | 0.20 | 18.00 | DK |
| Aug-07-19 | Staff Case Planning Conference With Attorney Schwab (Re: Revision to Deed) | 0.10 | 9.00 | AJ |
| | Electronic Correspondence From Attorney Odorizzi (Re: Additional Revisions to Deed) | 0.20 | 18.00 | AJ |
| | Review and Revision of Deed (Re: Sale of Yetten Circle Property) | 0.60 | 54.00 | AJ |
| | Review of and Proof Deed (Re: Sale of Yetten Circle Property) | 0.30 | 27.00 | AJ |
| | Electronic Correspondence to Attorney Odorizzi (Re: Revised Deed) | 0.20 | 18.00 | AJ |
| Aug-08-19 | Review and Prepare Documents for Closing and Emails | 1.00 | 395.00 | WGS |
| | Staff Case Planning Conference With Attorney Schwab (Re:Confirmation of Closing on Yetten Circle Property) | 0.10 | 9.00 | AJ |
| | Receipt and Review of Electronic Correspondence from Attorney Anthony Odorizzi (Re: Additional Revisions to Deed) | 0.20 | 18.00 | AJ |
| | Review and Revision of Deed Per Attorney Odorizzi's Request (Re: Sale of Yetten Street Property) | 0.70 | 63.00 | AJ |
| | Preparation of Deed in Final for Execution (Re: Sale of Yetten Street Property) | 0.30 | 27.00 | AJ |
| | Staff Case Planning Conference with Attorney Schwab (Re: No Closing on 8-16-19, Copy of Deed to Attorney for Husband) | 0.20 | 18.00 | DK |
| | Telephone Conference with Attorney Joseph Baranko (Re: Deed Needs Timothy Murphy's Signature) | 0.20 | 18.00 | DK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Telephone Conference with Attorney Joseph Baranko (Re: Instructions Handling of Deed After Signing) | 0.20 | 18.00 | DK |
| | Staff Case Planning Conference with Attorney Schwab (Re: Review of Instructions for Closing on 8-16-19 and Proposed Distribution) | 0.30 | 27.00 | DK |
| | Electronic Correspondence From Tammy Sword, Realtor (Re: Request for a Copy of the Agreement for Distribution) | 0.20 | 18.00 | DK |
| Aug-09-19 | Correspondence to Attorney Joseph Baranko (Re: Executed Deed for the Sale of Yetten Circle Property) | 0.20 | 18.00 | AJ |
| | Electronic Correspondence From and To Attorney Odorizzi (Re: Revised Deed in Final for the Sale of Yetten Circle Property) | 0.20 | 18.00 | AJ |
| | Notary Services (Re: Trustee Deed for 234 West Elm Street Tamaqua) | 0.30 | 27.00 | DK |
| Aug-12-19 | Review of E-Mails on Closing and Deed | 0.20 | 18.00 | DK |
| Aug-13-19 | Staff Case Planning Conference with Attorney Filer (Re: Confirmation of Closing) | 0.10 | 9.00 | AJ |
| | Electronic Correspondence From and To Attorney Odorizzi (Re: Attorney Filer Contact Information Regarding Closing on Yetten Circle Property) | 0.20 | 18.00 | AJ |
| | Staff Case Planning Conference with Attorney Filer (Re: Closing) | 0.30 | 27.00 | DK |
| Aug-14-19 | Receipt and Review of Multiple E-Mails on Closing and Distribution) (x19) | 0.40 | 36.00 | DK |
| Aug-15-19 | Staff Case Planning Conference with Attorney Filer (Re: Check on Status of Closing) | 0.30 | 27.00 | DK |
| Aug-19-19 | Electronic Correspondence From Attorney Ordorizzi (Re: Status of Closing) | 0.20 | 18.00 | DK |
| | Electronic Correspondence From Tammy Sword, Realtor (Re: Walk Thru Release Form For Signing by Trustee) | 0.20 | 18.00 | DK |
| | Electronic Correspondence to Tammy Sword, | 0.20 | 18.00 | DK |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | Realtor (Re: Pre- Settlement Walk Through Report- Executed by Trustee) | | | |
| Aug-21-19 | Preparation of Change to Asset Report and Statement of Closing; Correspondence to Attorney Laputka (Re: Exemption) | 1.00 | 395.00 | WGS |
| | Review of and Establish Bank Account (Re: Texas Capital Bank) | 0.20 | 18.00 | AJ |
| | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | 27.00 | AJ |
| | Logged in (1) Check (Re: Bowe Odorizzi Law, LLC) | 0.10 | 9.00 | JAS |
| Aug-22-19 | Electronic Correspondence From and To Jonathan Perez with Texas Capital Bank (Re: New Bank Account) | 0.20 | 18.00 | AJ |
| Sep-05-19 | Accounting and Verifying of Bank Records in IQ7 | 0.30 | 118.50 | WGS |
| | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Oct-07-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Nov-06-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Nov-22-19 | Receipt and Review of Time Records (Re: Preparation for TFR) | 0.20 | 18.00 | AJ |
| Dec-05-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Jan-07-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Feb-06-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Mar-09-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Apr-07-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| May-08-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Jun-04-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Jun-18-20 | Reconcile Bank Accounts (Includes Trustee Review Time) (Texas Capital Bank) | 0.30 | 48.00 | IA |
| Jul-13-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Aug-10-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Sep-08-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 27.00 | JAS |
| Oct-07-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Nov-09-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Dec-07-20 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Jan-06-21 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Feb-10-21 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Mar-08-21 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | 48.00 | IA |
| Mar-09-21 | Staff Case Planning Conference With Attorney Schwab (Re:Preparation of Final Fee Application and TFR) | 0.10 | 9.00 | AJ |
| | Totals | 31.70 | $5,387.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| William G. Schwab | 7.00 | $395.00 | $2,765.00 |
| Amanda Jones | 8.90 | $90.00 | $801.00 |

| | | | |
|---|---|---|---|
| Dena Kistler | 9.30 | $90.00 | $837.00 |
| Blended Rate Lawyer | 5.70 | $160.00 | $912.00 |
| Joyce A.Schwab | 0.80 | $90.00 | $72.00 |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| Feb-28-18 | Photocopying @ $.15@ Copy (49) | 7.35 | |
| | Photocopying @ $.15@ Copy (11) | 1.65 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Facsimile @ $1.00 per Page (1) | 1.00 | |
| Mar-02-18 | Photocopying @ $.15@ Copy (1) | 0.15 | |
| Nov-13-18 | Photocopying @ $.15@ Copy (6) | 0.90 | |
| Nov-30-18 | Postage | 0.68 | |
| Jul-16-19 | Postage | 0.50 | |
| | Photocopying @ $.15@ Copy (4) | 0.60 | |
| Aug-05-19 | Photocopying @ $.15@ Copy (24) | 3.60 | |
| Aug-06-19 | Photocopying @ $.15@ Copy (8) | 1.20 | |
| | Photocopying @ $.15@ Copy (4) | 0.60 | |
| Aug-07-19 | Photocopying @ $.15@ Copy (5) | 0.75 | |
| Aug-08-19 | Postage | 1.15 | |
| | Photocopying @ $.15@ Copy (9) | 1.35 | |
| | Photocopying @ $.15@ Copy (8) | 1.20 | |
| Aug-21-19 | Postage | 0.65 | |
| | Photocopying @ $.15@ Copy (12) | 1.80 | |
| Aug-22-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Mar-10-21 | Distribution Expenses | 22.80 | |
| | Totals | $48.98 | $0.00 |

|  |  |
|---|---:|
| **Total Fees & Disbursements** | $5,435.98 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$5,435.98** |
| **AMOUNT QUOTED:** | **$0.00** |