UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re: Alicia Rose Murphy § Case No. 5:18-bk-00338-MJC
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

William G. Schwab, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,167.40 | Assets Exempt: | $164,980.18 |
| *(without deducting any secured claims)* | | | |
| Total Distribution to Claimants: | $10,965.54 | Claims Discharged Without Payment: | $5,592.39 |
| Total Expenses of Administration: | $19,059.52 | | |

3) Total gross receipts of $30,025.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,025.06 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 24,135.71 | 24,135.71 | 7,988.86 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,329.69 | 19,059.52 | 19,059.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,569.07 | 8,569.07 | 2,976.68 |
| **TOTAL DISBURSEMENTS** | **$0.00** | **$54,034.47** | **$51,764.30** | **$30,025.06** |

4) This case was originally filed under Chapter 7 on 01/30/2018. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2021    By: /s/ William G. Schwab
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 234 Yetten Circle, Tamaqua, PA 18252 | 1110-000 | 30,025.06 |
| **TOTAL GROSS RECEIPTS** | | **$30,025.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC Dept. 55953 | 4210-000 | 0.00 | 16,146.85 | 16,146.85 | 0.00 |
| | | 4700-000 | N/A | 7,988.86 | 7,988.86 | 7,988.86 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$24,135.71** | **$24,135.71** | **$7,988.86** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William G. Schwab, Trustee | 2100-000 | N/A | 7,657.17 | 5,387.00 | 5,387.00 |
| William G. Schwab, Trustee | 2200-000 | N/A | 48.98 | 48.98 | 48.98 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.80 | 8.80 | 8.80 |
| Signature Bank | 2600-000 | N/A | 179.76 | 179.76 | 179.76 |
| William G. Schwab, Esquire | 3110-000 | N/A | 2,673.50 | 2,673.50 | 2,673.50 |
| William G. Schwab, Esquire | 3120-000 | N/A | 10.79 | 10.79 | 10.79 |
| | 2820-000 | N/A | 3,430.69 | 3,430.69 | 3,430.69 |
| | 3510-000 | N/A | 7,320.00 | 7,320.00 | 7,320.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$21,329.69** | **$19,059.52** | **$19,059.52** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | N/A | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for Comenity Capital Bank | 7100-000 | 0.00 | 731.72 | 731.72 | 254.18 |
| 3 | M&T Bank | 7100-000 | 0.00 | 4,387.43 | 4,387.43 | 1,524.08 |
| 4 | Department Stores National Bank c/o Quantum3 Group LLC | 7100-000 | 0.00 | 3,449.92 | 3,449.92 | 1,198.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$8,569.07** | **$8,569.07** | **$2,976.68** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-00338 MJC  
**Case Name:** Alicia Rose Murphy  
**Period Ending:** 12/29/21

**Trustee:** William G. Schwab  
**Filed (f) or Converted (c):** 01/30/18 (f)  
**§341(a) Meeting Date:** 02/27/18  
**Claims Bar Date:** 11/21/19

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 234 Yetten Circle, Tamaqua, PA 18252 | 149,000.00 | 0.00 | | 30,025.06 | FA |
| 2 | 2017 Ford Focus | 9,800.00 | 0.00 | | 0.00 | FA |
| 3 | 2005 Chevrolet Cavalier | 1,565.00 | 0.00 | | 0.00 | FA |
| 4 | Misc household goods & furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | 40' LCD TV & laptop | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Longaberger Baskets | 650.00 | 0.00 | | 0.00 | FA |
| 7 | Royal Dalton Statue | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Women's Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. Costume Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | dog & hamster | 35.00 | 0.00 | | 0.00 | FA |
| 11 | Misc household tools | 250.00 | 0.00 | | 0.00 | FA |
| 12 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Checking M&T Bank - acct # 5411 | 1,416.00 | 0.00 | | 0.00 | FA |
| 14 | Savings M&T Bank | 96.00 | 0.00 | | 0.00 | FA |
| 15 | U.S. Savings Bond - Series I | 56.28 | 0.00 | | 0.00 | FA |
| 16 | U.S. Savings Bond - Series EE | 26.10 | 0.00 | | 0.00 | FA |
| 17 | Retirement Account PSERS | 109,318.73 | 0.00 | | 0.00 | FA |
| 18 | 401(b) Primarica | 23,003.85 | 0.00 | | 0.00 | FA |
| 19 | PA Treasury 529 College Savings Program - Hannah | 267.40 | 267.40 | | 0.00 | FA |
| 20 | Tax Refunds - Potential 2017 | 4,872.00 | 0.00 | | 0.00 | FA |
| 21 | Primerica Education Savings Account - Molly | 300.00 | 0.00 | | 0.00 | FA |

| Case Number: | 18-00338 MJC | | Trustee: | William G. Schwab |
|---|---|---|---|---|
| Case Name: | Alicia Rose Murphy | | Filed (f) or Converted (c): | 01/30/18 (f) |
| | | | §341(a) Meeting Date: | 02/27/18 |
| Period Ending: | 12/29/21 | | Claims Bar Date: | 11/21/19 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Primerica Education Savings Account - Hannah | 300.00 | 0.00 | | 0.00 | FA |
| 23 | PA Treasury College Savings - Devin | 100.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$307,206.36** | **$267.40** | | **$30,025.06** | **$0.00** |

**Major activities affecting case closing:**  
Sent to UST  
08-21-19-Claims Bar Bar Set- Objections Due By 11-21-19  
06-24-19-Quarterly Review of Status of Case for Outstanding Issues  
quarterly review 6/19/18

**Initial Projected Date of Final Report (TFR):** July 28, 2020  **Current Projected Date of Final Report (TFR):** July 28, 2020

| December 29, 2021 | /s/ William G. Schwab |
|---|---|
| Date | William G. Schwab |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 18-00338 MJC | **Trustee:** | William G. Schwab |
| **Case Name:** Alicia Rose Murphy | **Bank Name:** | Texas Capital Bank |
| | **Account:** | ******2084 - Checking Account |
| **Taxpayer ID#:** | **Blanket Bond:** | $6,889,586.00 (per case limit) |
| **Period Ending:** 12/29/21 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Receipts $ | 7<br>Disbursements $ | 8<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/19 | | BOWE ODORIZZI LAW LLC | SALE OF REAL ESTATE PER COURT ORDER DATED 7-10-19 | | 11,285.51 | | 11,285.51 |
| 08/23/19 | Asset #1 | | SALE OF REAL ESTATE PER COURT ORDER DATED 7-10-19   101,413.83 | 1110-000 | | | 11,285.51 |
| 08/23/19 | | | Current taxes   -3,430.69 | 2820-000 | | | 11,285.51 |
| 08/23/19 | | | Portnoff Associates Del Taxes   -4,686.85 | 4700-000 | | | 11,285.51 |
| 08/23/19 | | | Sch Cty Tax Claim   -3,302.01 | 4700-000 | | | 11,285.51 |
| 08/23/19 | | | Realtor's Commission   -7,320.00 | 3510-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Rec of Deeds Transfer Taxes   -1,220.00 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Misc Closing Costs   -80.00 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Las Sewer/Trash Bill   -590.74 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Last Water Bill   -133.27 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Payoff of Mortgage   -58,079.25 | 1110-000 | | | 11,285.51 |
| 08/23/19 | Asset #1 | | Exemption of Debtor   -11,285.51 | 1110-000 | | | 11,285.51 |
| 01/02/20 | 51001 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 3.55 | 11,281.96 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 18-00338 MJC | Trustee: | William G. Schwab |
| --- | --- | --- | --- |
| Case Name: | Alicia Rose Murphy | Bank Name: | Texas Capital Bank |
|  |  | Account: | ******2084 - Checking Account |
| Taxpayer ID#: |  | Blanket Bond: | $6,889,586.00 (per case limit) |
| Period Ending: | 12/29/21 | Separate Bond: | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/04/20 |  | Signature Bank | Transfer to account ending 0708 | 9999-000 |  | 11,281.96 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 11,285.51 | 11,285.51 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 11,281.96 |  |
|  |  |  | **Subtotal** |  | 11,285.51 | 3.55 |  |
|  |  |  | Less: Payment to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$11,285.51** | **$3.55** |  |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-00338 MJC | | Trustee: | William G. Schwab |
|---|---|---|---|---|
| Case Name: | Alicia Rose Murphy | | Bank Name: | Signature Bank |
| | | | Account: | ******0708 - Checking Account |
| Taxpayer ID#: | | | Blanket Bond: | $6,889,586.00 (per case limit) |
| Period Ending: | 12/29/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/20 | | Texas Capital Bank | Transfer from account ending 2084 | 9999-000 | 11,281.96 | | 11,281.96 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 15.63 | 11,266.33 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.61 | 11,247.72 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.58 | 11,229.14 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.95 | 11,211.19 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.92 | 11,193.27 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.49 | 11,174.78 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.46 | 11,156.32 |
| 01/05/21 | 60001 | INTERNATIONAL SURETIES, LTD. | Blanket bond #016026361<br>Period 1/1/2021 to 1/1/2022 | 2300-000 | | 5.25 | 11,151.07 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.28 | 11,133.79 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 16.65 | 11,117.14 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 20.19 | 11,096.95 |
| 06/02/21 | 60002 | William G. Schwab, Trustee | Dividend of 100.000000000%. | 2100-000 | | 5,387.00 | 5,709.95 |
| 06/02/21 | 60003 | William G. Schwab, Trustee | Dividend of 100.000000000%. | 2200-000 | | 48.98 | 5,660.97 |
| 06/02/21 | 60004 | William G. Schwab, Esquire | Dividend of 100.000000000%. | 3110-000 | | 2,673.50 | 2,987.47 |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-00338 MJC | Trustee: | William G. Schwab |
|---|---|---|---|
| Case Name: | Alicia Rose Murphy | Bank Name: | Signature Bank |
| | | Account: | ******0708 - Checking Account |
| Taxpayer ID#: | | Blanket Bond: | $6,889,586.00 (per case limit) |
| Period Ending: | 12/29/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/21 | 60005 | William G. Schwab, Esquire | Dividend of 100.000000000%. | 3120-000 | | 10.79 | 2,976.68 |
| 06/02/21 | 60006 | Quantum3 Group LLC as agent for Comenity Capital Bank | Dividend of 34.737491933%, Claim No.2. | 7100-000 | | 254.18 | 2,722.50 |
| 06/02/21 | 60007 | M&T Bank | Dividend of 34.737491933%, Claim No.3. | 7100-000 | | 1,524.08 | 1,198.42 |
| 06/02/21 | 60008 | Department Stores National Bank c/o Quantum3 Group LLC | Dividend of 34.737491933%, Claim No.4. | 7100-000 | | 1,198.42 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 11,281.96 | 11,281.96 | $0.00 |
| Less: Bank Transfers | | 11,281.96 | 0.00 | |
| **Subtotal** | | 0.00 | 11,281.96 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$11,281.96** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0708** | 0.00 | 11,281.96 | 0.00 |
| **Checking # ******2084** | 11,285.51 | 3.55 | 0.00 |
| | **$11,285.51** | **$11,285.51** | **$0.00** |