United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00338-MJC |
| Alicia Rose Murphy | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 14, 2022 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alicia Rose Murphy, 234 Yetten Circle, Tamaqua, PA 18252-1240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Alicia Rose Murphy claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| D. Troy Sellars | on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Eric James Filer | on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com ecf@uslawcenter.com |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| James Warmbrodt | on behalf of Creditor M & T Bank bkgroup@kmllawgroup.com |

| | |
|---|---|
| Joseph R. Baranko, Jr. | on behalf of Interested Party Timothy J Murphy josephb@slusserlawfirm.com |
| Joseph R. Baranko, Jr. | on behalf of Plaintiff Timothy J Murphy josephb@slusserlawfirm.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William G Schwab | on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com schwab@uslawcenter.com |
| William G Schwab | on behalf of Realtor Tammy Sword Realty LLC ECF@uslawcenter.com, schwab@uslawcenter.com |
| William G Schwab (Trustee) | schwab@uslawcenter.com ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alicia Rose Murphy, <br> aka Alicia Murphy, aka Alicia R Murphy, | Chapter 7 |
| **Debtor 1** | Case No. 5:18−bk−00338−MJC |

Social Security No.:
                xxx−xx−3914

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

                **William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 14, 2022

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (01/22)